# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JONATHAN AMADOR,** *individually* :
*and on behalf of all others*
*similarly situated,*                              :

    **Plaintiff**                       :   **CIVIL ACTION NO. 3:13-2529**

    **v**                                    :
                                        **(JUDGE MANNION)**

**THE BRICKMAN GROUP, LTD. LLC.**:

    **Defendant**

## O R D E R

Presently before the court is a joint stipulation to extend time to file amendments to the complaint or answer. (Doc. 56). The stipulation is **APPROVED**. The parties shall file amendments or answer on or before June 5, 2014.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:    May 30, 2014**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2529-03.wpd