### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN AMADOR, *individually* : | |
| *and on behalf of all others* | |
| *similarly situated,* : | |
| Plaintiff  : | CIVIL ACTION NO. 3:13-2529 |
| v  : | |
| | (JUDGE MANNION) |
| THE BRICKMAN GROUP, LTD. LLC.: | |
| Defendant | |

### O R D E R

Per telephone conference held today, the parties shall submit letter briefs no later than Monday, December 21, 2015, on the following issues regarding the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement (Doc. 104): 1) difference in treatment between Group 1 and Group 2; 2) defendant's unilateral right to void under ¶43 of the Settlement Agreement (Doc. 104-3 at ¶43); 3) reversionary nature of any Group 2 excess settlement funds; and, 4) economic valuation of the settlement and of individual claims. The plaintiffs shall also submit information on the effectiveness of the notice sent pursuant to the court's February 14, 2014 order (Doc. 35), and information on attorney's fees.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: December 11, 2015
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2529-07.wpd