IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN AMADOR ACEVEDO, MITCHELL BRATTON, JEREMY BUSSE, STEPHEN PULLUM, ERIC MIGDOL, and JOSE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BRIGHTVIEW LANDSCAPES, LLC (f/k/a THE BRICKMAN GROUP, LTD., LLC),<br><br>Defendant. | Civil Action No. 3:13-CV-02529<br><br>Judge Malachy E. Mannion<br><br>*Filed Electronically* |

## **[PROPOSED] ORDER**

THIS MATTER having come before the Court on the parties' Joint Motion for Order Approving Settlement Administration Error Correction Protocol, and the matter having been heard by the Court by telephone hearing on November 29, 2017, it is hereby ORDERED that the settlement administration error correction protocol presented in the parties' joint motion is APPROVED.

Entered this ___ day of December, 2017.

                                                      _____
                                                      MALACHY E. MANNION
                                                      United States District Judge

PRESENTED BY:

| | |
|---|---|
| *s/ C. Andrew Head* | *s/ Daniel E. Turner* |
| C. Andrew Head (admitted *pro hac vice*) | Daniel E. Turner (admitted *Pro Hac Vice*) |
| **HEAD LAW FIRM, LLC** | **LITTLER MENDELSON P.C.** |
| White Provision, Suite 305 | 3344 Peachtree Road N.E. |
| 1170 Howell Mill Road, N.W. | Suite 1500 |
| Atlanta, GA 30318 | Atlanta, GA 30326-4803 |
| Telephone: (404) 924-4151 | Telephone: (404) 233-0330 |
| Facsimile: (404) 796-7338 | Facsimile: (404) 233-2361 |
| ahead@headlawfirm.com | DTurner@littler.com |
| | TBarbaree@littler.com |
| Shanon J. Carson (PA 85957) | |
| Sarah R. Schalman-Bergen (PA 206211) | |
| Alexandra L. Piazza (PA 315240) | Emilie R. Hammerstein (PA 307499) |
| **BERGER & MONTAGUE, P.C.** | **LITTLER MENDELSON, P.C.** |
| 1622 Locust Street | 625 Liberty Avenue, 26th Floor |
| Philadelphia, PA  19103 | Pittsburgh, PA 15222 |
| Telephone: (215) 875-3000 | Telephone: (412) 201-7631 |
| Facsimile: (215) 875-4604 | Facsimile: (412) 774-3756 |
| scarson@bm.net | ehammerstein@littler.com |
| sschalman-bergen@bm.net | |
| akoropey@bm.net | |
| | |
| *Attorneys for Plaintiffs and the Class* | *Attorneys for Defendant* |