IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN AMADOR ACEVEDO, MITCHELL BRATTON, JEREMY BUSSE, STEPHEN PULLUM, ERIC MIGDOL, and JOSE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTVIEW LANDSCAPES, LLC (f/k/a THE BRICKMAN GROUP, LTD., LLC),<br><br>Defendant. | Civil Action No. 3:13-CV-02529<br><br>Judge Malachy E. Mannion<br><br>*Filed Electronically* |

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Unopposed Joint Status Report and Motion for Order Approving Settlement Administration Error Correction Protocol, and for good cause shown, it is hereby ORDERED that the settlement administration error correction protocol presented in Plaintiffs' Motion is APPROVED.

Entered this 5 day of November, 2018.

MALACHY E. MANNION
United States District Judge

1